UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN THOMAS SPURLOCK<br>REG. # 17866-045 | : | CIVIL ACTION NO. 2:17-cv-0277 |
| VERSUS | : | JUDGE ROBERT SUMMERHAYS |
| AARON JONES, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 11] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Chambers this 10th day of December, 2018.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE